UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA,        )
                                 )
    Plaintiff,                   )
                                 )        No. 6:24-CR-65-REW-HAI-1
v.                               )
                                 )        ORDER
ROBERT LAWS,                     )
                                 )
    Defendant.                   )
                                 )

*** *** *** **

After conducting Rule 11 proceedings, *see* DE 51 (Minute Entry), United States Magistrate Judge Hanly A. Ingram recommended that the undersigned accept Defendant Robert Laws's guilty plea and adjudge him guilty of Count Two of the Indictment.  *See* DE 52 (Recommendation); *see also* DE 50 (Plea Agreement).  Judge Ingram expressly informed Laws of his right to object to the recommendation and secure *de novo* review from the undersigned.  *See* DE 52 at 2–3.  The established three-day objection deadline has passed, and no party has objected.

The Court is not required to "review . . . a magistrate [judge]'s factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."  *Thomas v. Arn*, 106 S. Ct. 466, 472 (1985); *see also Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019) (noting that the Sixth Circuit has "long held that, when a defendant does 'not raise an argument in his objections to the magistrate [judge]'s report and recommendation . . . he has forfeited his right to raise this issue on appeal.'" (quote brackets simplified) (quoting *Kensu v. Haigh*, 87 F.3d 172, 176 (6th Cir. 1996))); *United States v. Olano*, 113 S. Ct. 1770, 1777 (1993) (distinguishing waiver and forfeiture); Fed. R. Crim. P. 59(b)(2)–(3) (limiting *de novo* review duty to "any objection"

filed); 28 U.S.C. § 636(b)(1) (limiting *de novo* review duty to "those portions" of the recommendation "to which objection is made").

The Court, with no objection from any party and on full review of the record, **ORDERS** as follows:

1. The Court **ADOPTS** DE 52, **ACCEPTS** Laws's guilty plea, and **ADJUDGES** Laws guilty of Count Two of the Indictment.

2. The Court will issue a separate sentencing order.[1]

This the 14th day of March, 2025.

Signed By:

*Robert E. Wier*

**United States District Judge**

---

[1] At the hearing, Judge Ingram remanded Laws to custody. *See* DE 51. This was his status pretrial. *See* DE 38. Absent an intervening order, Laws will remain in custody pending sentencing.